| | |
|---|---|
| **From:** | Trina Mitch |
| **To:** | Lucy Liggett |
| **Subject:** | Please Use this letter for Martin Mitchell |
| **Date:** | Tuesday, June 14, 2022 4:07:03 AM |

**EXTERNAL SENDER**

Dear Judge Pitlyk,

    My name is Mrs. Katrina Mitchell. I am Martin's Mother. Many of his friends call me Mom's or Moma Tina. And   Martin is the middle child of five children.
    I don't know where to start at because Martin has so many good qualities about him. Martin has always been considered, compassionate, helpful and lovable to us all.
    He never once complained when I asked him to take someone to the store etc. Especially if I couldn't do it myself.       And whenever Martin got his driver's license it was such a blessing to have another driver in the family.
    And for Martin's non driving friends/family he would take them to school, the store, practiced and even sometimes to doctors appointments.
    Martin is such a blessing to US all. And I do miss his help, his presence and him being around me so, so much.
    When Martin was born he was a little over 8lbs healthy baby boy. But he began to vomit a lot while feeding him. So he was diagnosed with acid reflux at the beginning..
    And later on  Martin was having problems with his digestive tract.  And eventually we found out that he was having asthmatic attacks.
    I don't know how many times we were in the hospital with him. He had asthmatic attacks and or pneumonia which hospitalized him many, many times.
    He had to take breathing treatments, medication and had to see a specialist for the first 7-8 years of his life.
    He still has asthma and acid reflux. Martin is older now so he knows what to eat and how to use his prescribed medications. I am blessed to still have him around. After he was so sick he had to stay in the hospital many, many nights.
    And because of a few of my own  medical conditions, I wasn't able to care for myself, but I knew that Martin would be there to help me.
    Martin has always been kind, sincere and very helpful in many ways to his family, friends and to myself. I so dearly do miss his help and him being around us all.
    I first noticed Martin's abilities to be helpful when he began to walk about the age of nine months old. Martin would help with picking up his toys around the house, especially his big yellow tanka trucks.
    He always did his best to be helpful to us all. Martin was the youngest for 5 years. And his younger two sisters where born he would help out anyway that he could.
    And I remember when he was maybe 11 years old and he washed all of MY clothes with bleach. I was upset at first but then I realized that I was getting over shoulder surgery. And he knew that I couldn't do it so he stepped in and did it without me even telling him.
    While caring for my own mother before her death Martin would drive me to my Mom's house and pick me up that next following week. He would do his best to do things around the house so that I wouldn't be bummed rushed with dirty clothes or dishes etc.  when I returned home.
    Martin would cook, he would wash dishes, do the clothes, take out trash etc. Without me telling him to do it.
    And out of all five children  we would hardly ever have to tell Martin to do anything, he would just do it, because it needed to be done.

 And I miss and appreciate his helpfulness. He was the youngest for 5 years. After his last two sisters where born he would help out anyway that he could.
 Martin is a respectable young man, he's a hard good worker, he always tries to do his best, he's caring, he's fun to be around, he is lovable and he has helped many family and friends with driving them to the store, cutting grass, helping with chores and taking care of things if he's asked to do it.

 Sincerely,

 Katrina Mitchell